

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00436-CR

| | | |
|---|---|---|
| Melissa Lynn Molina | § | From the 297th District Court |
| | § | of Tarrant County (1293345W) |
| v. | § | December 6, 2012 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00436-CR

MELISSA LYNN MOLINA                                     APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea bargain, Appellant Melissa Lynn Molina pled guilty to the state jail felony of theft, and the trial court convicted her of that offense and sentenced her to six months' confinement. Appellant filed a timely notice of appeal.

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal. Accordingly, we informed Appellant by

---

[1]*See* Tex. R. App. P. 47.4.

letter on September 19, 2012, that this case was subject to dismissal unless Appellant or any party showed grounds for continuing the appeal on or before Monday, October 1, 2012.[2] Appellant did not respond. We therefore dismiss this appeal.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 6, 2012

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).